# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

152807(49)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CHIROPRACTIC REHABILITATION GROUP,
PC,

      Plaintiff-Appellee,

SC: 152807
COA: 320288
Oakland CC: 2013-009983-AV

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant-Appellant.

_____/

      On order of the Chief Justice, the joint motion of the Insurance Institute of Michigan and the Michigan Insurance Coalition to participate as amici curiae and to submit an amicus curiae brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on May 6, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016

